UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
MOSES PERL,

                                Plaintiff *Pro Se*,

                - against -

**ORDER**

No. 12-CV-3949 (CS)

RJM ACQUISITIONS FUNDING,

                                Defendant.
-------------------------------------------------------------------------x

Seibel, J.

      For the reasons stated on the record in open court on August 7, 2013, Defendant's Motion for Judgment on the Pleadings is hereby GRANTED. The Clerk of Court is directed to terminate the pending Motion, (Doc. 23), and close the case.

**SO ORDERED.**

Dated: August 7, 2013
       White Plains, New York

                                                    _____
                                                      CATHY SEIBEL, U.S.D.J.